IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03743-KAS

MARIA RODRIGUEZ ROMERO,

    Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
ROBERT HAGAN, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity,
TODD LYONS, Acting Director of Immigration and Customs Enforcement, in his official capacity,
PAM BONDI, Attorney General, U.S. Department of Justice, in her official capacity,

    Respondents.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Stipulation of Dismissal** [#9], which is a self-effectuating stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Petitioner's claims were dismissed without prejudice as of the filing of the Stipulation. Accordingly,

    IT IS HEREBY **ORDERED** that the Clerk of Court is **directed** to terminate this case.

    Dated: December 10, 2025